[No. 19982-0-I.  Division One.  March 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY S. JERGENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00491-7, John E. Rutter, Jr., J., entered February 18, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 19762-2-I.  Division One.  March 28, 1988.]

THOMAS MCFARLAND, ET AL, *Appellants,* v. FIREMAN'S FUND INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-19864-4, Frank H. Roberts, Jr., J., entered November 24, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Williams, J.

[No. 17764-8-I.  Division One.  March 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD R. HOOPER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00146-8, Daniel T. Kershner, J., entered January 15, 1986. *Reversed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Ringold, J. Pro Tem.